IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 12-50048-001 | USA v. CHRISTOPHER LEE TALLEY

COURT PERSONNEL:

Judge: JIMM LARRY HENDREN

Clerk: GAIL GARNER

Reporter: THERESA SAWYER

APPEARANCES:

Govt. STEVE SNYDER

Deft. SHANE WILKINSON

**SENTENCING MINUTE SHEET**

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

(X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
(X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
(X) Inquiry made that defendant is satisfied with counsel.
(X) Original presentence investigation report reviewed in open court.
(X) Court expresses final approval of plea agreement.
(X) Government moves for downward departure pursuant to 5K1.1 - granted by court and 4-level departure awarded.
(X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
(X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
(X) Attorney for government afforded opportunity to make statement to court.
(X) Court proceeded to impose sentence as follows:

14 months imprisonment; 3 supervised release;
$10,000.00 fine imposed - interest waived.

Criminal No. 12-50048-001

(X) Defendant ordered to comply with standard conditions of supervised release.

(X) Defendant ordered to comply with the following special conditions of supervised release:

Until the financial penalties are paid in full, defendant shall not incur any new debt nor establish bank or credit accounts without prior approval from USPO.

(X) Defendant ordered to pay total special assessment of $100.00, for count 1, which shall be due immediately.

(X) Defendant advised of right to appeal sentence imposed.

(X) Defendant advised of right to apply for leave to appeal in forma pauperis.

(X) Defendant is allowed to remain on bond and self-report no later than 2:00 p.m. on Friday, March 8, 2013.

DATE: FEBRUARY 15, 2013 Proceeding began: 1:37 pm

ended: 2:21 pm